

09-CV-01667-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EPHANTUS WAKABA KANYIRI,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>Respondent. | NO. C09-1667-JLR<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Motion to Dismiss, the Report and Recommendation of the Hon. Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion for voluntary dismissal (Dkt. No. 14) is DENIED; Respondent's motion to dismiss (Dkt. No. 11) is GRANTED and this action is DISMISSED as moot.

(3) The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 10th day of March, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL